```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                          ATHENS DIVISION


ROY EUGENE JONES, JR.              *

         Plaintiff,                *

vs.                                *
                                           CASE NO. 3:08-CV-64 (CDL)
Nurse NATALIE COON, et al.,        *

         Defendants.               *
_____ *
```

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on August 15, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 14th day of October, 2008.


                                    S/Clay D. Land
                                      CLAY D. LAND
                               UNITED STATES DISTRICT JUDGE